1054

[No. 74854-8-I. Division One. April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS D. SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-01965-5, Barbara A. Mack, J., entered April 16, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Becker, J.

[No. 74855-6-I. Division One. April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA ALPHA DREBEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00638-4, Marybeth Dingledy, J., entered March 7, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Leach, JJ.

[No. 74871-8-I. Division One. April 24, 2017.]

ELIAS HAYDARI ET AL., *Respondents*, v. CONCEPCION HERMOSILLO AZADMANESH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 16-2-02014-1, Linda E. Passey, J. Pro Tem., entered February 9, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.

[No. 75020-8-I. Division One. April 24, 2017.]

CONCEPCION HERMOSILLO, *Appellant*, v. QUALITY LOAN SERVICE CORPORATION OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-07011-6, Richard T. Okrent, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.